IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

|  |  |
|---|---|
| BRANDON CALDER and WANITA RICHARDSON,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS; TRANSUNION, LLC; and BANK OF AMERICA N.A., successor by merger to BAC HOME LOANS SERVICING, LP,<br><br>Defendants. | CV 16-33-BU-BMM-JCL<br><br>ORDER |

Defendant Trans Union, LLC moves for the admission of Katherine Carlton Robinson to practice before this Court in this case with Daniel Auerbach to act as local counsel. Ms. Robinson's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Trans Union's motion to admit Ms. Robinson pro hac vice is GRANTED on the condition that Ms. Robinson shall do her own work. This means that Ms. Robinson must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website,

www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Robinson may move for the admission pro hac vice of one (1) associate of her firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Robinson.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Robinson, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 7th day of October, 2016

_Jeremiah C. Lynch_
Jeremiah C. Lynch
United States Magistrate Judge