# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BUTTE DIVISION

_____

| | |
|---|---|
| BRANDON CALDER and, WANITA RICHARDSON, <br> Plaintiffs, | 2:16-cv-00033-BMM-JCL |
| vs. | ORDER |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS; TRANSUNION, LLC; and BANK OF AMERICA N.A. successor by merger to BAC HOME LOANS SERVICING, LP; <br> Defendants. | |

_____

Plaintiffs Brandon Calder and Wanita Richardson, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiffs And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiffs Brandon Calder and Wanita Richardson against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiffs Brandon Calder and Wanita Richardson and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

DATED this 16th day of November, 2016.

_____
Brian Morris
United States District Court Judge