IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BRANDON CALDER and WANITA RICHARDSON,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS; TRANSUNION, LLC; and BANK OF AMERICA N.A. successor by merger to BAC HOME LOANS SERVICING, LP,<br><br>Defendants. | Cause No.: CV 16-33-BU-BMM-JCL<br><br>**ORDER OF DISMISSAL** |

Upon Consideration of the Stipulation for Dismissal of the claims against Experian Information Solutions, Inc. in this case. Accordingly,

IT IS HEREBY ORDERED that dismissal stipulated by the parties shall be and hereby is GRANTED; and it is FURTHER ORDERED that all claims of Plaintiffs Brandon Calder and Wanita Richardson against Defendant Experian

Information Solutions, Inc. are dismissed, with prejudice. Plaintiffs Brandon Calder and Wanita Richardson and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

DATED this 10th day of April, 2017.

*/s/ Brian Morris*
Brian Morris
United States District Court Judge